**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:09mc00002 |
| Plaintiff(s), | ) | |
| vs. | ) | **O R D E R** |
| ABE KAUFFMAN, et al. | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. 455, the Court recuses himself from the above-captioned matter. The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

January 9, 2009

CASE REASSIGNED TO:   The Honorable Judge Patricia A. Gaughan